1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| HAROLD GRIFFIN, | Case No.:  21-cv-1474-MMA-DEB |
| Plaintiff, | **ORDER FOLLOWING DISCOVERY HEARING:** |
| v. | |
| DR. J. HODGES, et al, | **1) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL AND FOR EXTENSION OF DISCOVERY AND** |
| Defendant. | |
| | **2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL** |
| | **[DKT. NOS. 24, 26]** |

11
12
13
14
15
16
17
18
19
20
21
22
23

24   The Court held a Discovery Hearing on October 21, 2022 regarding Defendant P.

25 Shakiba, M.D.'s Motion to Compel and for Extension of Discovery ("Defendant's

26 Motion") and Plaintiff's Motion to Compel Defendant for Discovery and Grant Subpoena

27 Powers ("Plaintiff's Motion). Dkt. Nos. 24, 26. For the reasons explained in the Court's

28 / /

ruling on the record the Court GRANTS IN PART and DENIES IN PART Defendant's Motion (Dkt. No. 24) and DENIES Plaintiff's Motion without prejudice (Dkt. No. 26).

Plaintiff must mail Defendant his interrogatory responses on or before **October 26, 2022**. The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Initial Expert Witness Designations | November 11, 2022 |
| Supplemental/Rebuttal Expert Designations | November 23, 2022 |
| Initial Expert Disclosures | November 29, 2022 |
| Supplemental/Rebuttal Expert Disclosures | December 23, 2022 |
| Expert Discovery Cutoff | January 20, 2023 |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 14 (Scheduling Order).

**IT IS SO ORDERED.**

Dated:  October 21, 2022

Honorable Daniel E. Butcher
United States Magistrate Judge